# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACQUELINE WATSON,** | CASE NO. 18-cv-02268-YGR |
| Plaintiff, | |
| vs. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| **WASHINGTON HOSPITAL, ET AL.,** | Re: Dkt. No. 10 |
| Defendants. | |

The Court has reviewed Magistrate Judge Donna M. Ryu's Report and Recommendation (Dkt. No. 10 ("Report")) recommending dismissal of plaintiff's complaint, to which no party filed an objection. The Court has reviewed the Report carefully. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, for the reasons set forth in the Report, and pursuant to Federal Rule of Civil Procedure 4(m), plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

This Order terminates Docket Number 10.

**IT IS SO ORDERED.**

Dated: August 7, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**